FILED: July 3, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2075
(1:22-cv-00999-JMC)
_____

ANGELA SINGLETON

        Plaintiff - Appellant

v.

MARYLAND TECHNOLOGY AND DEVELOPMENT CORPORATION

        Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered June 11, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*